# United States District Court
# District of Maryland

08-266-M

UNITED STATES OF AMERICA

v.

Tracie E. Gross

WARRANT FOR ARREST

Case No.: 04-1186M

**FILED**

APR 16 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:  The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>Traci e. Gross</u> and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Oral Order of Court  ☒ Violation Notice  ☐ Probation Violation

charging him/her with *(brief description of offense)*: **FAILURE TO APPEAR FOR SENTENCING**

<u>Felicia C. Cannon</u>
Name of Issuing Officer

<u>Patricia K. Fosbrook</u>
(By) Deputy Clerk

Bail fixed at $ <u>NO BOND - MUST APPEAR</u>

<u>Clerk of Court</u>
Title of Issuing Officer

<u>December 12, 2005, Greenbelt, Maryland</u>
Date and Location

by _____ /s/ Thomas M. DiGirolamo
THOMAS M. DIGIROLAMO
United States Magistrate Judge

RECEIVED
U.S. MARSHALS
GREENBELT, MARYLAND
2008 APR 15 P 4:10

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received  4-15-08 | Name and Title of Arresting Officer  Recording officer  D. L. Tolllur | Signature of Arresting Officer |
| --- | --- | --- |
| Date of Arrest  4-16-08 | | |

U.S. DISTRICT COURT (Rev. 12/98)

08-266-M-00

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
UNITED STATES MAGISTRATE JUDGE - GREENBELT, MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. 04-1186M |
| | * | |
| TRACI GROSS | * | |
| | * | **FILED** |
| Defendant | * | |
| | | APR 1 6 2008 |
| * * * | | |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

ORDER OF COURT

TAKE NOTICE that the above-entitled case has been rescheduled from November 16, 2005 for a sentencing to December 7, 2005 **at 2:00 p.m.** The proceeding will take place at U.S. District Court, 6500 Cherrywood Lane, Courtroom 3B, Greenbelt, Maryland 20770.

Date: October 21, 2005

_____
THOMAS DIGIROLAMO
United States Magistrate Judge

cc:   AUSA

Booth Ripke, Esq.
Nathans and Biddle LLP
120 East Baltimore Street
Suite 1800
Baltimore, MD 21202

Court File

# UNITED STATES DISTRICT COURT
## District of Maryland

UNITED STATES OF AMERICA

        v.                      **CRIMINAL COMPLAINT**

**TRACI ELIN GROSS**        CASE NUMBER *04-1186 M*
SSN:
D.O.B:
ADDRESS:

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

*Plead 6*

1. On or about February 14, 2004, in Prince George's County, in the District of Maryland, defendant did knowingly, willfully and unlawfully embezzle, steal and knowingly convert to her use a thing of value to wit: a United States Government credit card, in violation of Title 18 United States Code Sec. 641.

2. On or about February 15, 2004, in Prince George's County, in the District of Maryland, defendant did knowingly, willfully and unlawfully embezzle, steal and knowingly convert to her use a thing of value to wit: a United States Government credit card, in violation of Title 18 United States Code Sec. 641.

3. On or about February 16, in Prince George's County, in the District of Maryland, defendant did knowingly, willfully and unlawfully embezzle, steal and knowingly convert to her use a thing of value to wit: a United States Government credit card, in violation of Title 18 United States Code Sec. 641.

4. On or about February 17, 2004, in Prince George's County, in the District of Maryland, defendant did knowingly, willfully and unlawfully embezzle, steal and knowingly convert to her use a thing of value to wit: a United States Government credit card, in violation of Title 18 United States Code Sec. 641.

5. On or about February 18, 2004 in Prince George's County, in the District of Maryland, defendant did knowingly, willfully and unlawfully embezzle, steal and knowingly convert to her use a thing of value to wit: a United States Government credit card, in violation of Title 18 United States Code Sec. 641.

I hereby certify that I am a federal police officer, and that the facts upon which this complaint is based are as follows:

On February 23, 2004 National Institutes of Health employee Lisha Xu, an Asian female, reported that her issued United States Government credit card was stolen. The credit card is described as a U.S. Bank Visa Credit Card, Card Number                                        xpiration date of 09/2004.

Xu told me that the card was stolen from her office, National Institutes of Health, 9000 Rockville Pike, Bldg. 50, Room 5535, Bethesda, MD 20892. She told me that on February 13, 2004 at 1300 hours, she last saw the card while placing it in her desk drawer that was left unsecured.

Xu told me that on February 23, 2004 she could not find the aforementioned credit card. She stated that she contacted US Bank to deactivate the card and was given a list of unauthorized transactions.

On February 24, 2004 Xu provided me with a copy of the list of unauthorized purchases that she obtained from US Bank. Xu also told me that she and her co-workers were told to leave their offices unsecured when they left for the day on Friday, February 13, 2004 so that service workers could access their offices on Saturday February 14, 2004. Xu went on to tell me that N.I.H. contract employees were scheduled to be in her office on February 14, 2004 to perform maintenance work. I contacted Cascade Water Services Inc. who where scheduled to clean the ductwork in Building 50, on February 14, 2004. I obtained a work order from Cascade Water Services Inc., which lists the Cascade Employees, including Timothy McClough, that were scheduled to work in Bldg. 50, on the 5th floor, which included Room 5535, on the aforementioned date. Cascade Water Services Inc., N.I.H. Foreman, Lawrence Campbell, verified that Timothy McClough was working in Bldg. 50 on the above-mentioned date. Additionally, on February 14, 2004 N.I.H. electronic card key access records indicate that Timothy McClough's card key was used on the 5th floor of Bldg. 50 several times during the day.

From February 14, 2004 through February 18, 2004 there were 39 unauthorized purchases made with the card, from 20 different stores in Maryland and Washington, D.C., for a total of $3,960.08. Additionally, there was one attempt to use the card on February 19, 2004 for $63.53 which was declined.

I collected credit card receipts, itemized sales receipts and store surveillance videos from numerous merchants where purchases were made. Specifically, information was obtained from the following 20 stores:

1. Chevron Gas Station, #00209789
   3011 Martin Luther King Avenue Southeast
   Washington, DC 20032

Credit card records indicate that this card was illegally used on two occasions. I learned that these purchases were made at the gas pump, where no signature is required. The transaction information is as follows:

| DATE | TIME | AMOUNT |
|---|---|---|
| 2/14/04 | 1716 | $16.79 |
| 2/14/04 | 2121 | $32.63 |

2. Payless Shoe Source, Store #6035
   Eastover Shopping Center
   Indian Head Highway
   Oxon Hill, MD 20745

The card was illegally used at this store on two occasions. I obtained a copy of the itemized sales receipt and credit card receipt for the transaction on 2/14/04. Examination of the itemized sales receipt revealed that women's and boy's shoes were purchased. The transaction information is as follows:

| DATE | TIME | AMOUNT | MERCHANDISE |
|---|---|---|---|
| 2/14/04 | 1938 | $75.02 | Women's Shoes<br>Boy's shoes |
| 2/18/04 | 1640 | $81.87 | |

3. Giant Food, Store #241
   20 Audrey Lane
   Oxon Hill, MD 20745

Two of the unauthorized credit card purchases were made at this Giant Food Store on February 14, 2004. One transaction was made at 2017 hours and the other at 2018 hours. I obtained and examined the itemized receipts. The itemized receipt for the purchase at 2017 hours listed food merchandise to include specifically cooked lobster and snow crab clusters.

1. Cooked Lobster  $22.94
2. Cooked Lobster  $15.11
3. Cooked Lobster  $14.62
4. Land O Lakes Butter  $ 3.19
5. Oscar Mayer Bacon  $5.49
6. Giant Vit-D Milk  $3.19
7. Snow Crab Clusters  $25.78

    8. Snow Crab Clusters $29.50
    9. Gwalt Great Smokie $9.98

    Total: $129.80

The itemized receipt for the purchase at 2018 hours listed food merchandise to include the following items:

1. M/Maid Fruit Punch $4.49
2. M/Maid Fruit Punch $8.98 (2 @ $4.49)
3. Sunbeam King Sand $3.98 (2 @ $1.99)
4. SG Hot Dog Rolls $.99
5. Lays Hickory BBQ $2.99
6. Dr. Pepper Cold $.99

    Total: $22.47

I examined the surveillance video from this Giant Food Store. The Surveillance video depicts 1 adult African American male suspect and 2 adult African American female suspects. The video shows store activity on February 14, 2004 at the following locations within the store at the following times:

Seafood Counter, 2004:44 until 2005:52
Exit Door, 2012:04 until 2012:23
Exit Door, 2020:13 until 2020:32

On the surveillance video, the 2 African American female suspects, (who appear to be the same 2 African American female suspects in other related surveillance videos), are seen at the seafood counter with the African American male suspect, between the above mentioned times. They are seen removing from the display counter seafood items that according to Giant Store Detective, Joseph Bader, appears to be consistent with the seafood items listed on the itemized sales receipt. The African American male suspect is seen leaving the store at 2012:04. Furthermore, the 2 African American female suspects are seen leaving the store on the above date at 2020:13. They are seen leaving the store with a grocery cart that is full of merchandise.

The African American male suspect is wearing what appears to be a work uniform that resembles that of the Cascade Water Services, Inc. employee uniform. Visible on his belt appears to be an identification card, consistent in size and shape with those that are issued to N.I.H. contract employees.

7. Shell gas Station
    4420 Wheeler Road
    Oxon Hill, MD

Page 4 of 12

Credit card records indicate that this card was illegally used on three occasions. I learned that these purchases were made at the gas pump, where no signature is required. The transaction information is as follows:

| DATE | TIME | AMOUNT |
|---|---|---|
| 2/15/04 | 1150 | $24.29 |
| 2/17/04 | 1356 | $5.00 |
| 2/17/04 | 2124 | $73.12 |

8. Payless Shoe Source, Store #2891
   Penn Station Shopping Center
   Silver Hill Road
   District Heights, MD 20747

Three illegal transactions took place at this store. I obtained and examined the original credit card receipt and an itemized printout for the transaction that took place on 2/18/04. The credit card number was included on this credit card receipt along with the matching date, time and amount of the purchase. The transactions are as follows:

| DATE | TIME | AMOUNT | MERCHANDISE |
|---|---|---|---|
| 02/16/04 | 1444 | $71.88 | |
| 02/16/04 | 1552 | $135.38 | |
| 02/18/04 | 1224 | $103.91 | Men's Shoes, Socks |

9. Gallo Clothing
   5636 Silver Hill Road
   District Heights, MD 20747

Three illegal transactions took place at this store. Information on those transactions is as follows: I obtained and examined copies of credit card receipts and itemized receipts for all transactions. The credit card number, dates, times and amounts identified each transaction. Information on each transaction is as follows:

| DATE | TIME | AMOUNT | MECHANDISE |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2/16/04 | 1503 | $315.80 | Women's, Men's and Kid's clothing |
| 2/16/04 | 1607 | $251.87 | Women's, Men's and Kid's clothing |
| 2/18/04 | 1251 | $220.36 | Men's and Kid's clothing |

10. CVS, Store #2005
    5870 Silver Hill Plaza
    District Heights, MD 20747

Three illegal transactions took place at this store. I obtained and examined itemized receipts for all three transactions. I obtained and examined a store surveillance video of the transaction that occurred on 02/18/04. The surveillance video shows an African American female suspect and an African American male suspect, who appear to be the same suspects on other related store surveillance videos. The African American female suspect is seen on the surveillance video producing and using the credit card as well as fraudulently signing the receipt as an authorized user. The surveillance video does show both suspects purchase the George Foreman Grill and miscellaneous items. The transactions are as follows:

| DATE | TIME | AMOUNT | MERCHANDISE |
|---|---|---|---|
| 02/16/04 | 1619 | $66.95 | Miscellaneous Items |
| 02/16/04 | 1927 | $55.00 | Miscellaneous Items |
| 02/18/04 | 1316 | $138.53 | George Foreman Grill and Miscellaneous Items |

11. Shell Gas Station
    5921 Silver Hill Road
    District Heights, MD

Credit card records indicate that this card was illegally used on one occasion. I learned that this purchase was made at the gas pump, where no signature is required. The transaction information is as follows:

DATE              TIME              AMOUNT

2/16/04                 1633                    $28.00

    12. Payless Shoe Source, Store #1691
        Rivertowne Commons Shopping Center
        Oxon Hill Road
        Oxon Hill, MD 20745

There was one illegal transaction made at this store. I obtained and examined a copy of the signed credit card receipt and itemized sales receipt. The credit card number, date, time and amount identified the transaction. Information on the transaction is as follows:

| DATE | TIME | AMOUNT | MERCHANDISE |
|---|---|---|---|
| 02/16/04 | 2017 | 142.73 | Women's Shoes, Men's Shoes Handbags |

    13. Kmart, Store #3654
        6163 Oxon Hill Road
        Oxon Hill, MD 20745

There were two illegal transactions made at this store. I obtained and examined copies of the signed credit card receipts and itemized sales receipts. The credit card number, dates, times and amounts identified each transaction. Information on the transactions is as follows:

| DATE | TIME | AMOUNT | MERCHANDISE |
|---|---|---|---|
| 02/16/04 | 2020 | $97.61 | Miscellaneous Items |
| 02/16/04 | above transaction appears to have been returned | | |
| 02/16/04 | 2106 | $225.94 | Hoover Wind Tunnel Miscellaneous Item |

    14. Shell Gas Station
        4811 St. Barnabas Road
        Temple Hills, MD

Credit card records indicate that the card was illegally used on one occasion. I learned that this purchase was made at the gas pump, where no signature is required. The transaction information is as follows:

DATE              TIME              AMOUNT

2/17/04                  1504                        $15.28

   15. Amoco Gas Station, #02133023
       4301 Saint Barnabas Road
       Temple Hills, MD

Credit card records indicate that the card was illegally used on one occasion. I learned that this purchase was made at the gas pump, where no signature is required. The transaction information is as follows:

| DATE | TIME | AMOUNT |
|---|---|---|
| 2/17/04 | 1649 | $21.13 |

   16. Wal-Mart, Store #2799
       8745 Woodyard Road
       Clinton, MD 20735

There was one illegal transaction at this store. I obtained and examined the itemized receipt, signed credit card receipt and the surveillance video of this transaction. All of the items on the itemized receipt are identifiable in particularly in the surveillance video. The same African American female suspect and African American male suspect in other related surveillance videos made this purchase. The African American female suspect is observed signing the credit card receipt. The credit card number, date, time and amount identified the transaction. Information on the transaction is as follows:

| DATE | TIME | AMOUNT | MERCHANDISE |
|---|---|---|---|
| 02/17/04 | 1732 | $322.02 | Bed Linen, Kid's Clothes, Women's Clothes, Pampers, Wrench Set |

   17. Payless Shoe Source, Store #5025
       8765 Branch Avenue
       Clinton, MD 20735

There were two illegal transactions made at this store. I obtained and examined the signed credit card receipt for the transaction that occurred on 2/17/04. The credit card number, date, time and amount identified the transaction. Information on the transactions is as follows:

| DATE | TIME | AMOUNT | MERCHANDISE |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 02/17/04 | 1753 | $157.44 | Women's Shoes, Men's Shoes Handbags |
| 02/18/04 | 1749 | $76.61 | |

18. CVS, Store #1491
    8859 Branch Avenue
    Clinton, MD 20735

There were two illegal transactions made at this store. I obtained and examined itemized printouts and surveillance videos for both transactions. The same African American female suspect is seen in both transactions making the purchases and signing the credit card authorization. She is with the same African American male suspect. Both were seen in other related surveillance videos. The credit card number, dates, times and amounts identified the transactions. Information on the transactions is as follows:

| DATE | TIME | AMOUNT | MERCHANDISE |
|---|---|---|---|
| 02/17/04 | 1807 | $183.75 | Cigarettes, Batteries, Hair Care, Skin Care, Beverages |
| 02/18/04 | 1759 | $82.62 | Cigarettes, Ibuprofen, Beverage |

19. Kmart, Store #7282
    8827 Woodyard Road
    Clinton, MD 20735

There were four illegal transactions made at this location. I obtained and examined copies of the signed credit card receipts and itemized printouts of these transactions. The credit card number, dates, times and amounts identified the transactions. Information on the transactions are as follows:

| DATE | TIME | AMOUNT | MERCHANDISE |
|---|---|---|---|
| 2/17/04 | 1831 | $186.82 | Women's Clothing |
| 2/17/04 | 1838 | $158.53 | Hoover Wind Tunnel, Chewing Gum |
| 2/18/04 | 1819 | $131.13 | Men's Clothing |
| 2/18/04 | 1841 | $82.93 | Miscellaneous Items |

20. Safeway Grocery Store, Store #4103
    2346 Iverson Street
    Temple Hills, MD 20748

There was one illegal transaction made at this store. I obtained and examined the signed credit card receipt for this transaction. The credit card number, date, time and amount identified the transaction. Information on the transaction is as follows:

| DATE | TIME | AMOUNT |
|---|---|---|
| 2/17/04 | 2007 | $154.06 |

21. CVS, Store #1472
    3714 Branch Avenue
    Hillcrest Heights, MD 20748

There was one illegal transaction made at this store. I obtained and examined the itemized receipt for this transaction. Additionally, I obtained a copy of the store surveillance video for this transaction. An African American female suspect is seen using the card, buying a George Foreman grill. She appears to be the same African American female suspect in other related store surveillance videos. The credit card number, date, time and amount identified the transaction. Information on the transaction is as follows:

| DATE | TIME | AMOUNT | MERCHANDISE |
|---|---|---|---|
| 2/18/04 | 1003 | $63.61 | George Foreman Grill |

22. Petco
    5628 Silver Hill Road
    District Heights, MD 20747

There was one illegal purchase made at this store. I obtained and examined a copy of the itemized receipt for this transaction. The credit card number, date, time and amount identified the transaction. Information on the transaction is as follows:

| DATE | TIME | AMOUNT | MERCHANDISE |
|---|---|---|---|
| 02/18/04 | 1303 | $23.59 | Aquarium Fish |

23. Red Lobster, #142
    5051 Auth Way
    Suitland, MD 20746

There were two illegal transactions made at this location and one attempted illegal transaction. The information on the transactions is as follows:

| DATE | TIME | AMOUNT | MERCHANDISE |
|---|---|---|---|
| 2/18/04 | 1900 | $63.00 | Seafood |
| 2/18/04 | 1914 | $20.22 | Alcoholic Beverages |
| 2/19/04 | 1256 | $63.53 | Seafood (Attempted Purchase, Card Declined) |

I obtained and examined signed credit card receipts and itemized receipts for both transactions on 2/18/04. I obtained and examined an itemized receipt for the attempted transaction on 2/19/04. I also obtained and examined surveillance video of all 3 transactions.

The surveillance videos recorded the following:

On February 18, 2004 at 1910 hours, the same African American female that used the card in other surveillance video's, was seen at the Red Lobster bar getting a drink. On the same date, at 1914 hours, the same female was seen at the carry out window. At 1928 hours, the same female left the carry out window, carrying a bag consistent with that of a large carry out order.

On February 19, 2004 at 1243 hours, the same African American female suspect seen in other surveillance videos related to this case was at the carry out window of the above-mentioned Red Lobster. On the same date, at 1250 hours, the same female suspect left the same Red Lobster. She appears to be with the same African American suspect from the Giant Food, Store 241 surveillance video.

The Giant Food, Store #241 surveillance video, of February 14, 2004 was shown to Cascade Water Services Inc., N.I.H. Foreman, Lawrence Campbell. Lawrence Campbell positively identified the African American male suspect in the video as his employee, Timothy McClough, who he has known for 30 years. Campbell added that he thought the African American female suspect in the dark coat looked like a person he knows only as Traci. Campbell stated that Traci is an associate of Timothy McClough's and he knew she use to work at a liquor store on the corner of Martin Luther King Ave. and Portland St., Southeast, Washington, DC. Campbell viewed the CVS, Store #1491 surveillance video. He stated that the African American female suspect in that video also looked like Traci. In the same surveillance video, he also positively identified the African American male suspect as Gregory McClough, the brother of Timothy McClough.

Chung D. Yoo, owner of Mart Liquors, 2931 Martin Luther King Ave., Southeast, Washington, DC viewed a still photo obtained from the CVS, #1491 surveillance video. He positively identified the African American female suspect as his former employee, Traci Elin Gross. He stated that Gross worked for him from December 2003 until January 2004. Yoo added that Gross was associated with

Timothy and Gregory McClough. He stated that Traci had lived in the vicinity of his store and she was a frequent customer. Yoo stated that he thinks Traci now lives in Maryland.

The African American female suspect seen in all of the surveillance videos appears to be the same person that has been identified as Traci Gross by her former employer, Chung D. Yoo, Owner of Mart Liquors.

_____
Detective Craig Rowland, 301-594-3401

Sworn to before me and subscribed in my presence,

__3/30/04_____   At Greenbelt, Maryland
Date

United States Magistrate Judge
United States District Court

_____
Signature of Judicial Officer