AO 94 (Rev. 8/85) Commitment to Another District

**FILED**

*Forthwith*

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

# United States District Court

U.S _____ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA
V.

_Tracie Gross_

COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: _08-266M_

The defendant is charged with a violation of _____ U.S.C. _____ alleged to have been committed in the _Greenbelt_ District of _Maryland_

Brief Description of Charge(s):

_Failed to appear for Sentencing in Greenbelt Maryland_

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_4/16/08_
Date

_[signature]_
Judicial Officer

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

N