Rev 1/07

**FILED**
MAY 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Return Copy

FILED
LODGED

MAY 0 8 2008

DISTRICT OF MARYLAND

Date: 05/07/08

Address of Other Court: USDC District of Maryland
Criminal Division
6500 Cherrywood Lane
Greenbelt, MD 20770

RE: CR 08-266-m-01  USA v. Gross

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☑ | Warrant of Removal |
| ☑ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotter filed on 4/16/08 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk